CM/ECF ntcpre1
(Rev. 01/28/10)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

---

In Re: Ricky A Kauffman and Barbara J Kauffman
Debtor(s)

Case No.: 11−15440−DWH
Chapter: 13

---

**NOTICE OF PREREQUISITES TO**
**CONFIRMATION OF CHAPTER 12 OR CHAPTER 13 PLAN**

The Clerk of this court having received a proposed Chapter 12 or Chapter 13 confirmation order herein, recipients of this notice will please take notice that the following legal prerequisites to the confirmation of the pending proposed plan in this case must be satisfied before the pending plan may be confirmed by order of this Court; namely;

> Before such plan may be confirmed by order of this Court, the debtor(s) or the attorney for debtor(s) must file a certificate of mailing affirmatively showing that a copy of such plan has been mailed to all creditors in this case. [Standing Order of this Court dated and entered February 1, 2010, and consonant ordering provision in "341" Order and Notice in this case].

By Direction of the Court

David J. Puddister , Clerk

BY: LLG
Deputy Clerk

Dated: 2/16/12